# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  4:09CR139** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **RONALD C. BURLEY,** | ) | |
| | ) | **ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Ronald C. Burley's ("Defendant") plea of guilty and enter a finding of guilty against Defendant.  (Dkt. # 29).

On March 25, 2009, the government filed an Indictment against Defendant. (Dkt. # 1).  On June 23, 2009, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea.  (Dkt. # 19).

On July 31, 2009, a hearing was held in which Defendant entered a plea of guilty to Counts 1, 2, and 3 of the Indictment, carrying a firearm in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(I); possession with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and being

a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), respectively. Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 29).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts 1, 2, and 3 of the Indictment, carrying a firearm in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(I); possession with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), respectively. The sentencing will be held on September 29, 2009, at 10:00 a.m.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus - August 19, 2009**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**